FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0283

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0509

_____

JOSEPH S. CLARK,

      Petitioner,

    v.

JAMES SALMONSEN, Warden, Montana
State Prison,

      Respondent.

O R D E R

_____

Joseph S. Clark, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging that he is incarcerated under a facially invalid sentence because it violates his constitutional right against double jeopardy and because the sentencing court failed to designate him as either a dangerous or non-dangerous offender under § 46-18-202(2), MCA (1993). Upon review of his Petition and attachments, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Joseph S. Clark personally.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
May 10 2024